IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 




NO. 3-92-217-CR




THE STATE OF TEXAS,




 APPELLANT


vs.




WALTER LEWIS FUGETT,



 APPELLEE


 



FROM THE DISTRICT COURT OF COMAL COUNTY, 22ND JUDICIAL DISTRICT



NO. CR91-386, HONORABLE CHARLES R. RAMSAY, JUDGE PRESIDING


 




PER CURIAM



 The State appeals from an order of the trial court granting appellee's motion for
new trial. 

 The State has filed a motion to withdraw the appeal. No decision of this Court has
been delivered. The motion is granted and the appeal is dismissed. See Tex. R. App. P. 59(b).



[Before Chief Justice Carroll, Justices Jones and Kidd]

Dismissed On State's Motion

Filed: November 18, 1992

[Do Not Publish]